UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-AL1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AL1, a New York corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada corporation; AIRMOTIVE INVESTMENTS, LLC, a Nevada limited liability company; LETICIA RANGEL DE LOPEZ, an individual; LUIS LOPEZ-LANDEROS, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 3:17-cv-00115-LRH-VPC |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**
**(Second Request)**

COMES NOW Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF

NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-AL1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AL1, and Defendant, AIRMOTIVE INVESTMENTS, LLC, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On April 25, 2018, Plaintiff filed a Motion for Summary Judgment herein [ECF #34].
2. On June 1, 2018, the parties submitted a stipulation to extend the deadline to respond to the Motion for Summary Judgment until June 15, 2018. [ECF #37]. Said Stipulation was granted on June 4, 2018. [ECF #38].
3. Defendant's counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which detracted from the time available prepare a response.
4. In addition, since the granting of the first extension, Defendant's counsel suffered a family emergency that necessitated significant time out of the office. This has created a backlog of work.
5. Based upon the foregoing, Defendant has requested and shall be granted a further extension of time until July 16, 2018, in which to respond to the Plaintiff's Motion for Summary Judgment.

//
//
//
//
//
//
//
//
//
//

6. Plaintiff shall have an extended period of time until August 16, 2018, in which to file any Reply.

7. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___15th___ day of June, 2018.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN LLP |
|---|---|

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
***Attorney for Defendant***
***Airmotive Investments, LLC***

/s/ *William S. Habdas*
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5000
william.habdas@akerman.com
***Attorney for Plaintiff***
***Bank of New York Mellon***

**IT IS SO ORDERED**, *nunc pro tunc*.

DATED this 18th day of June, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE