UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-AL1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AL1, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada corporation; AIRMOTIVE INVESTMENTS, LLC, a Nevada limited liability company; LETICIA RANGEL DE LOPEZ, an individual; LUIS LOPEZ-LANDEROS, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive,<br><br>Defendants. | Case No.  3:17-cv-00115-LRH-VPC |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**
(Third Request)

COMES NOW Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF

NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-AL1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AL1, and Defendant, AIRMOTIVE INVESTMENTS, LLC, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On April 25, 2018, Plaintiff filed a Motion for Summary Judgment herein [ECF #34].

2. On June 1, 2018, the parties submitted a stipulation to extend the deadline to respond to the Motion for Summary Judgment until June 15, 2018. [ECF #37]. Said Stipulation was granted on June 4, 2018. [ECF #38].

3. On June 15, 2018, the parties submitted a second stipulation to extend the deadline to respond to the Motion for Summary Judgment until July 16, 2018. [ECF #39]. Said Stipulation was approved on June 18, 2018. [ECF #40].

4. Defendant's counsel has been required to devote time and attention to numerous other pending legal matters since the above-described extensions which detracted from the time available prepare a response, including a Ninth Circuit appellate brief which has taken substantially longer to complete than expected.

5. In addition, the Independence Day holiday resulted in personal and family obligations that detracted from the time available to respond.

6. Based upon the foregoing, Defendant has requested and shall be granted a further brief extension of time until July 20, 2018, in which to respond to the Plaintiff's Motion for Summary Judgment.

7. Plaintiff shall have an extended period of time until August 20, 2018, in which to file any Reply.

//
//
//
//

8. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___16th___ day of July, 2018.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN LLP |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Defendant*** <br> ***Airmotive Investments, LLC*** | /s/ *Rex D. Garner* <br> WILLIAM S. HABDAS, ESQ. <br> Nevada Bar No. 13138 <br> REX D. GARNER, ESQ. <br> Nevada Bar No. 9401 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> (702) 634-5000 <br> rex.garner@akerman.com <br> ***Attorney for Plaintiff*** <br> ***Bank of New York Mellon*** |

**IT IS SO ORDERED.**

By: _____
    LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE

DATED this 17th day of July, 2018.