| | |
|---|---|
| | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-AL1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AL1, a New York corporation,<br><br>                 Plaintiff,<br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada corporation; AIRMOTIVE INVESTMENTS, LLC, a Nevada limited liability company; LETICIA RANGEL DE LOPEZ, an individual; LUIS LOPEZ-LANDEROS, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive,<br><br>                 Defendants. | Case No.: 3:17-cv-00115-LRH-VPC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

PLEASE TAKE NOTE that Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-AL1, Mortgage Pass-Through Certificates, Series 2007-AL1 (**BoNYM**), and Defendant Airmotive Investments, LLC (**Airmotive**), by and through their respective counsel of record, hereby stipulate and agree that BoNYM shall have an additional fourteen (14) days, up to and including August 17, 2018, to file its reply in support of BoNYM's motion for partial summary judgment, which is currently due on August 3, 2018, pursuant to ECF No. 43. The motion was filed on April 25, 2018, and the response was filed on July 20, 2018. This request is made in good faith and for the purpose of allowing additional time to address new arguments and obtain client approval on the same.

DATED this 2nd day of August, 2018.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ William S. Habdas* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> WILLIAM S. HABDAS, ESQ. <br> Nevada Bar No. 13138 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-AL1, Mortgage Pass-Through Certificates, Series 2007-AL1* | */s/ Timothy E. Rhoda* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 W. Post Road, Suite 100 <br> Las Vegas, NV 89148 <br><br> *Attorneys for Airmotive Investments, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

**DATED:** _____August 3, 2018_____

2