UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-AL1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AL1, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada corporation; AIRMOTIVE INVESTMENTS, LLC, a Nevada limited liability company; LETICIA RANGEL DE LOPEZ, an individual; LUIS LOPEZ-LANDEROS, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive,<br><br>Defendants. | Case No.   3:17-cv-00115-LRH-CBC<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**O R D E R  REGARDING** |

## **NOTICE OF SETTLEMENT**

COMES NOW, Defendant, AIRMOTIVE INVESTMENTS, LLC (*"Airmotive"*), and Plaintiff, THE BANK OF NEW YORK MELLON (*"BONYM"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

Page 1

1. BONYM and Airmotive (*collectively, the "Settling Parties"*) have agreed upon the terms of an amicable settlement of all claims at issue between them in the instant action. The Parties are currently in the process of preparing settlement documents to formally memorialize and effect said settlement.

2. The Parties acknowledge that the deadline for appealing this Court's Order [ECF #49] and Judgment [ECF #53] is on or about June 19, 2019. As partial consideration for the settlement, Airmotive has agreed not to file a notice of appeal. BONYM expressly acknowledges Airmotive's agreement not to file a notice of appeal is additional consideration under the Parties' settlement agreement and that Airmotive is relying in good faith upon BONYM's representations that all claims at issue between them in this matter have been fully and finally resolved by agreement by not filing a notice of appeal.

Dated this ____10th____ day of June, 2019.

ROGER P. CROTEAU &                             ASSOCIATES, LTD.                              AKERMAN, LLP

/s/ *Timothy E. Rhoda*                               /s/ *William S. Habdas*
TIMOTHY E. RHODA, ESQ.                   WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 7878                                Nevada Bar No. 13138
9120 West Post Road, Suite 100               1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89148                       Las Vegas, Nevada 89134
(702) 254-7775                                       william.habdas@akerman.com
croteaulaw@croteaulaw.com                    *Attorney for Plaintiff*
*Attorney for Defendant*                            *Bank of New York Mellon*
*Airmotive Investments, LLC*

**ORDER**

IT IS SO ORDERED.

IT IS FURTHER ORDERED that a status report or dismissal document(s) shall be filed with the court within 30 days of the date of this order.

DATED this 17th day of June, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE