UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-AL1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AL1, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada corporation; AIRMOTIVE INVESTMENTS, LLC, a Nevada limited liability company; LETICIA RANGEL DE LOPEZ, an individual; LUIS LOPEZ-LANDEROS, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00115-LRH-CBC |

**STIPULATION AND ORDER TO DISMISS**

COMES NOW Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC.,

Page 1

ALTERNATIVE LOAN TRUST 2007-AL1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AL1 (*"Plaintiff"* or *"BONY"*), and Defendant, AIRMOTIVE INVESTMENTS, LLC (*"Airmotive"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. The instant action relates to real property commonly known as 6185 Arapaho Drive, Sun Valley, Nevada 89433 (*the "Property"*). The property was the subject of a homeowners association lien foreclosure sale (*"HOA Foreclosure Sale"*). The Plaintiff filed the instant action on February 22, 2017, primarily seeking an adjudication regarding the force and effect of HOA Foreclosure Sale upon a security interest held by Plaintiff.

2. On May 29, 2018, an Order was entered dismissing Co-Defendant, Highland Ranch Homeowners Association from this litigation. [ECF #36].

3. On February 25, 2019, this Court entered an Order granting Plaintiff's Motion for Partial Summary Judgment. [ECF #49].

4. On May 20, 2019, this Court entered a default judgment against Co-Defendants, Leticia Rangel De Lopez and Luis Lopez-Landeros. [ECF #53].

5. On June 10, 2019, Plaintiff and Airmotive filed a Notice of Settlement herein [ECF #54], advising the Court that they had resolved all matters at issue between them related to the Property and this litigation.

6. On June 17, 2019, this Court entered an Order Regarding the Notice of Settlement, directing the parties to file a status report or dismissal paperwork within 30 days. [ECF #55].

7. It took the parties longer than expected to perform their various obligations associated with their settlement; however, the settlement has now been effected.

//
//
//
//

8. All matters at issue in this litigation having been fully resolved, to the extent that this has not already been accomplished, the instant matter shall be DISMISSED in its entirety and the matter may be CLOSED, with each party to bear its own fees and costs.

Dated this ___1st___ day of October, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN LLP |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Defendant*** <br> ***Airmotive Investments, LLC*** | /s/ *William S. Habdas* <br> WILLIAM S. HABDAS, ESQ. <br> Nevada Bar No. 13138 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> (702) 634-5000 <br> william.habdas@akerman.com <br> ***Attorney for Plaintiff*** <br> ***Bank of New York Mellon*** |

**IT IS SO ORDERED.**

DATED this 2nd day of October, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE